Correcting Erroneous Defendant
↓

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983
ED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2026 MAR -4 P 12:48
CLERK KDM
SO. DIST. OF GA.

Sean Christopher Thomas
Error → Leah Thomas (Spouse)

(Enter above full name of plaintiff or plaintiffs)

2:26cv16

v.

Exhibit-'A' Jeff Evans - Capt.
Error: Mark Varnadore, Inv.
County Should → Newton County Sheriff's
Show Appling Office
County Sheriff Off.
(Enter above full name of defendant or defendants)

Please Apply the Following Corrections and changes to case 2:26-cv-00016-LGW-BWC Document 5 Filed 2/9/26

Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action? Yes ____ No ✓

If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: N/A

Defendants: ____

2. Court (if federal court, name the district; if state court, name the county): N/A

3. Docket number: N/A

4. Name of judge assigned to case: N/A

Christopher Thomas #757496
...kins Correctional Facility
9404 Kent Farm Rd.
Millen, Georgia 30442







United States District Court
Southern District of Georgia
P.O. Box 1636
Brunswick, Georgia 31521

31521$1636 B016

INSPECTED BY

MAR 0 4 2026

U.S. Marshals

...ecial mailing
...is letter has been
...e writer raises a question
...facility has jurisdiction, you may
...e material for further information or
...n. If the writer encloses correspondence for
forwarding to another addressee, please return the
enclosure to the above address.