UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2026 MAR -4 P 12:48

CLERK
SO. DIST. OF GA.

Sean C. Thomas
(Plaintiff or Petitioner)

v.

Jeff Evans, Capt.
Mark Varnadore, Investigator
(Defendant(s) or Respondent(s))

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

2:26CV21

I, Sean C. Thomas, declare that I am the plaintiff or petitioner in the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or give security therefor; and that I believe I am entitled to redress.

I make this application with the understanding that I am liable under 28 U.S.C. § 1915 for the full payment of all fees and costs imposed in this action, that such charges will be collected from my prison trust account in installments, and that any unpaid fees and costs will constitute a debt not dischargeable in bankruptcy.

1. Are you presently employed? Yes ____ No ✓

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

   N/A

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

   N/A

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or form of self-employment? Yes ____ No ✓
   b. Rent payments, interest, or dividends? Yes ____ No ✓
   c. Pensions, annuities, or life insurance payments? Yes ____ No ✓

d. Gifts or inheritances? Yes ___ No ✓

e. Any other sources? Yes ___ No ✓

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months. N/A

3. Do you own any cash, or do you have any money in a checking, savings, or any other kind of account other than a prison account? Yes ___ No ✓
If the answer is yes, describe the account, its location, and the total value of each account.
None at the current moment.

4. State the present balance of your prison trust account: 0

Provide the total deposits to your prison trust account for the past six months: N/A

5. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ___ No ✓
If the answer is yes, describe the property and state its approximate value.
None

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
None

I declare under penalty of perjury that all of the foregoing is true and correct.

Signed this 22 day of Febuary ~~19~~ 2026
st

Sean Thomas
(Signature of Plaintiff or Petitioner)

Prisoner No. 757496

2A

IN RE:

Sean C. Thomas
*(Plaintiff)*

757496
*(Prisoner Number)*

## ACCOUNT CERTIFICATION

I hereby certify that the plaintiff/petitioner named herein above has an average monthly balance for the last six (6) months of $ $200.83 in account to his/her credit at the Jenkins Correctional Center institution where he/she is confined. I further certify that the plaintiff/petitioner likewise has the following securities to his/her credit according to the records of this institution: N/A

(If not confined for a full six (6) months, specify the number of months confined, then compute the average monthly balance based on that number of months): ______

PRESENT BALANCE ON HAND IN PRISONER ACCOUNT: $ 10.00

Dated this 6th day of November, 20 25.

RECEIVED
NOV 06 2025
BUSINESS OFFICE
JENKINS CORRECTIONAL CENTER

S. Wright
*(Authorized Officer of Institution)*

Acct - Clerk
*(Title)*

PLEASE ATTACH A COMPUTER PRINTOUT OF THE ACCOUNT AVAILABLE

Christopher Thomas #757496
kins Correctional Facility
404 Kent Farm Rd.
Millen, Georgia 30442







United States District Court
Southern District of Georgia
P.O. Box 1636
Brunswick, Georgia 31521

31521$1636 B016

INSPECTED BY

MAR 0 4 2026

U.S. Marshals

...cial mailing
...ter has been
...writer raises a question
...facility has jurisdiction, you may
...s material for further information or
...on. If the writher encloses correspondence for
forwarding to another addressee, please return the
enclosure to the above address.